David ATKINS, Jr., Plaintiff–Appellant,

v.

MEDICAL DEPARTMENT, OF MIDDLE RIVER REGIONAL JAIL; Doctor Quinn; Cathy Riley, Head Nurse, Defendants–Appellees.

No. 07–7097.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2007.

Decided Dec. 27, 2007.

David Atkins, Jr., Appellant Pro Se. Rosalie Pemberton Fessier, Timberlake, Smith, Thomas & Moses, PC, Staunton, Virginia, for Appellees.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Atkins, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Atkins v. Med. Dep't of Middle River Reg'l Jail,* No. 7:06–cv–00636–GEC, 2007 WL 2029304 (W.D.Va. July 10, 2007). Atkins' motions

for appointment of counsel, for trial by jury, and for a new trial and for judgment as a matter of law, and his request to reargue are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*